UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON MOLLOY *et al.*,

Plaintiffs,

-v-

REGAL CLAIM SERVICES OF NEW YORK, LLC *et al.*,

Defendants.

26 Civ. 3120 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to an immovable conflict with another case, the telephonic initial conference scheduled for August 12, 2026 is hereby adjourned to **September 9, 2026 at 3 p.m.** In light of this adjournment, the pre-conference materials described in the Court's Order at docket 18 are due **September 2, 2026**.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 9, 2026
New York, New York