UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON MOLLOY *et al.*,

Plaintiffs,

-v-

REGAL CLAIM SERVICES OF NEW YORK, LLC *et al.*,

Defendants.

26 Civ. 3120 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons discussed during yesterday's conference, the parties are to meet and confer about the timeline and process for resolving collective and class certification in this action. By September 23, 2026, the parties are to file a joint letter proposing a timeline for any litigation of collective and/or class certification. If the parties reach an agreement as to collective certification, they should file a proposed stipulation and order reflecting the same, and a proposed notice form.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 10, 2026
New York, New York