UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON MOLLOY *et al.*,

Plaintiffs,

-v-

REGAL CLAIM SERVICES OF NEW YORK, LLC *et al.*,

Defendants.

26 Civ. 3120

ORDER TO SHOW CAUSE

PAUL A. ENGELMAYER, District Judge:

On September 11, 2026, the Court directed counsel for all parties to confer about the timeline and process for resolving collective and class certification in this action, and to file a proposed stipulation and order reflecting any resulting agreement, by September 23, 2026. Dkt. 23. At the parties' joint request, the Court extended that deadline to September 30, 2026, Dkt. 26, and then to October 6, 2026, Dkt. 28. No party has made any filing on the public docket since the request to extend the deadline to October 6, 2026.

Accordingly, the parties are directed to file a joint letter no later than October 19, 2026, updating the Court on the status of the meet-and-confer process and explaining the absence of any filing on the docket after the October 1, 2026 extension request at Dkt. 27. If the parties have reached an agreement as to class and/or collective certification, counsel are directed to file a stipulation and proposed order to that effect by October 19, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 14, 2026
New York, New York